IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA MEADOWS,

Plaintiff,

v.

APERION CARE BRIDGEPORT, LLC,

Defendant.

Case No. 23-cv-2509 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/18/2023**     MONICA A. STUMP, Clerk of Court

    s/ Tina Gray, Deputy Clerk


**Approved:**     *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**